UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:11-cr-0027-02-JMS-KPF |
| | ) | 1:11-cr-0033-JMS-KPF |
| DAVID RYAN BOSTIC, | ) ) | |
| Defendant. | ) | |

NOTICE

The United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota and A. Brant Cook, Assistant United States Attorneys, hereby provided to the Court on November 16, 2011, pursuant to its Order issued November 14, 2011 (Docket # 42), the following files associated with the counts listed in Cause Number 1:11-cr-0027-JMS-KPF-02,

| Count | File(s) |
|---|---|
| 3 | 132834436.jpg |
| 4 | hu99.jpg<br>jkj.jpg<br>2yo-jamie019.jpg |
| 5 | Baby_Kyky_Pacifier.mpg |
| 6 | ZOE1 (24).jpg<br>Picture_0080.jpg<br>1194649595755.jpg |
| 7 | Babyshivid-forchu.avi |
| 8 | 14435473uWa.jpg<br>1255224135514.jg<br>1255227046732.jpg |

| | |
|---|---|
| 9 | dsc00283.jpg<br>p3240022.jpg<br>PICT0018.jpg |
| 10 | 1255229854445.jpg<br>1255325787292.jpg<br>1255452664656.jpg |
| 11 | ZOE1 (24).jpg<br>bbaabbiieess (28).jpg<br>1194649595755.jpg |
| 12 | !!1267498779719.jpg<br>2006img1908maraike.jpg<br>babycum1.jpg |
| 13 | !2006 Nina Fucked In Ass @ 4yo Kleuterkutje Ptsc1.avi |
| 14 | Marina 09-09-09_03-57pm.jpg<br>Marina 09-09-09_03-58pm b.jpg<br>Marina 09-09-09_03-59pm.jpg |
| 15 | hillary 187 (2).jpg<br>hillary 181 (2).jpg<br>Mom Licks her 4 month olds Pussy #04.jpg |
| 16 | lisasara1.jpg<br>lisasara2.jpg |
| 17 | lisasara1.jpg<br>lisasara2.jpg |
| 18 | Picture 017.jpg<br>Picture 018.jpg<br>Picture 019.jpg |
| 19 | 65887.jpg<br>65888.jpg<br>baby fuck 3.jpg |
| 20 | brtape12nf.jpg |

|    | S5000190.jpg<br>S5000197.jpg |
|----|------------------------------|
| 21 | ##001g.jpg<br>##001h.jpg<br>##001j.jpg |
| 22 | 9Yo_Fab_-_Finger_.avi |
| 23 | (pthc) Baby Lexxa Licky under1yo 1yo baby girl licks dick.avi<br>Baby_Alison-(under1yo)-Miniclips-01.avi<br>Baby_Alison-(under1yo)-Miniclips-02.avi |
| 24 | 102_3474.MOV |

and in Cause Number 1:11-cr-0033-JMS-KPF the following digital files associated with the

noted counts,

| Count | File Name(s) |
|-------|--------------|
| 1 | p_00232.jpg<br>p_00234.jpg<br>p_00235.jpg<br>p_00236.jpg<br>p_00238.jpg<br>p_00240.jpg<br>p_00246.jpg<br>p_00270.jpg<br>p_00271.jpg<br>p_00272.jpg<br>p_00273.jpg |
| 2 | p_00237.jpg<br>p_00239.jpg<br>p_00240.jpg<br>p_00241.jpg |
| 3 | hu99.jpg<br>jkj.jpg<br>jknkj.jpg<br>jnk.jpg |
| 4 | p_00250.jpg<br>p_00251.jpg<br>p_00253.jpg<br>p_00254.jpg |

| | |
|---|---|
| 5 | IMAGE_0007.jpg<br>IMAGE_0008.jpg<br>IMAGE_00010.jpg<br>IMAGE_00013.jpg<br>IMAGE_00015.jpg |
| 6 | IMAGE_00065.jpg |
| 7 | IMAGE_00054.jpg<br>IMAGE_00055.jpg<br>IMAGE_00056.jpg<br>IMAGE_00057.jpg<br>IMAGE_00058.jpg |
| 8 | IMAGE_00054.jpg<br>IMAGE_00055.jpg |
| 9 | IMAGE_00066.jpg<br>IMAGE_00067.jpg<br>IMAGE_00068.jpg<br>IMAGE_00069.jpg<br>IMAGE_00070.jpg<br>IMAGE_00073.jpg<br>IMAGE_00074.jpg<br>IMAGE_00075.jpg<br>IMAGE_00076.jpg<br>IMAGE_00077.jpg<br>IMAGE_00078.jpg<br>IMAGE_00079.jpg |
| 10 | IMAGE_00084.jpg<br>IMAGE_00085.jpg<br>IMAGE_00086.jpg<br>IMAGE_00087.jpg<br>IMAGE_00088.jpg<br>IMAGE_00089.jpg<br>IMAGE_00090.jpg<br>IMAGE_00091.jpg |

| | |
|---|---|
| 11 | IMAGE_00128.jpg<br>IMAGE_00129.jpg<br>IMAGE_00130.jpg<br>IMAGE_00131.jpg<br>IMAGE_00132.jpg<br>IMAGE_00136jpg<br>IMAGE_00137.jpg<br>IMAGE_00138.jpg<br>IMAGE_00139.jpg |
| 12 | IMAGE_00240.jpg<br>IMAGE_00241.jpg<br>IMAGE_00245.jpg<br>IMAGE_00246.jpg |
| 13 | IMAGE_00255.pg<br>IMAGE_00257.pg<br>IMAGE_00258.pg<br>IMAGE_00259.pg<br>IMAGE_00255.pg<br>IMAGE_00260.pg<br>IMAGE_00261.jpg<br>IMAGE_00262.jpg<br>IMAGE_00263.jpg |
| 14 | IMAGE_00269jpg<br>IMAGE_00270.jpg<br>IMAGE_00271.jpg<br>IMAGE_00272.jpg<br>IMAGE_00273.jpg<br>IMAGE_00274.jpg<br>IMAGE_00275.jpg<br>IMAGE_00276.jpg<br>IMAGE_00279.jpg<br>IMAGE_00280.jpg<br>IMAGE_00281.jpg<br>IMAGE_00282.jpg<br>IMAGE_00283.jpg<br>IMAGE_00284.jpg<br>IMAGE_00285.jpg<br>IMAGE_00286.jpg<br>IMAGE_00287.jpg |
| 15 | IMAGE_00294.jpg<br>IMAGE_00295.jpg |

|    |                     |
|----|---------------------|
|    | IMAGE_00296.jpg     |
|    | IMAGE_00297.jpg     |
|    | IMAGE_00298.jpg     |
|    | IMAGE_00299.jpg     |
|    | IMAGE_00300.jpg     |
|    | IMAGE_00301.jpg     |
|    | IMAGE_00302.jpg     |
|    | IMAGE_00303.jpg     |
|    | IMAGE_00304.jpg     |
|    | IMAGE_00305.jpg     |
|    | IMAGE_00306.jpg     |
| 16 | IMAGE_00288.jpg     |
| 17 | VIDEO_00012.mp4     |
| 18 | IMAGE_00302.jpg     |
| 19 | IMAGE_00301g.jpg    |
|    | IMAGE_00302g.jpg    |
|    | IMAGE_00303g.jpg    |
|    | IMAGE_00304g.jpg    |
|    | IMAGE_00305g.jpg    |
|    | IMAGE_00306g.jpg    |
| 20 | IMAGE_00043.jpg     |
| 21 | IMAGE_00043.jpg     |
|    | IMAGE_00044.jpg     |
|    | IMAGE_00045.jpg     |
|    | IMAGE_00046.jpg     |
|    | IMAGE_00047.jpg     |
|    | IMAGE_00048.jpg     |
|    | IMAGE_00052.jpg     |
|    | IMAGE_00053.jpg     |
| 22 | IMAGE_00205p(32).jpg |
|    | IMAGE_00205p(33).jpg |
|    | IMAGE_00205p(37).jpg |
|    | IMAGE_00205p(42).jpg |
|    | IMAGE_00205p(43).jpg |
|    | IMAGE_00205p(44).jpg |
|    | IMAGE_00205p(45).jpg |
|    | IMAGE_00205p(46).jpg |
|    | IMAGE_00205p(47).jpg |
|    | IMAGE_00205p(48).jpg |
|    | IMAGE_00205p(49).jpg |
|    | IMAGE_00205p(54).jpg |
|    | IMAGE_00205p(55).jpg |
|    | IMAGE_00205p(56).jpg |
|    | IMAGE_00205p(57).jpg |
|    | IMAGE_00205p(58).jpg |
|    | IMAGE_00205p(60).jpg |

|    |                                                 |
|----|-------------------------------------------------|
|    | IMAGE_00205p(61).jpg                            |
|    | IMAGE_00205p(66).jpg                            |
|    | IMAGE_00205p(67).jpg                            |
|    | IMAGE_00205p(70).jpg                            |
|    | IMAGE_00205p(73).jpg                            |
|    | IMAGE_00205p(74).jpg                            |
|    | IMAGE_00205p(76).jpg                            |
|    | IMAGE_00205p(77).jpg                            |
|    | IMAGE_00205p(78).jpg                            |
|    | IMAGE_00205p(79).jpg                            |
| 23 | IMAGE_00205p(93).jpg                            |
|    | IMAGE_00205p(96).jpg                            |
|    | IMAGE_00205p(97).jpg                            |
|    | IMAGE_00205p(99).jpg                            |
|    | IMAGE_00205p(100).jpg                           |
|    | IMAGE_00205p(101).jpg                           |
|    | IMAGE_00205p(102).jpg                           |
|    | IMAGE_00205p(103).jpg                           |
|    | IMAGE_00205p(108).jpg                           |
| 24 | IMAGE_00172.jpg                                 |
|    | IMAGE_00173.jpg                                 |
|    | IMAGE_00174.jpg                                 |
|    | IMAGE_00175.jpg                                 |
|    | IMAGE_00176.jpg                                 |
|    | IMAGE_00177.jpg                                 |
| 25 | IMAGE_00205p(128).jpgIMAGE_00205p(129).jpg      |
|    | IMAGE_00205p(135).jpg                           |
|    | IMAGE_00205p(136).jpg                           |
|    | IMAGE_00205p(138).jpg                           |
| 26 | IMAGE_00205p(139).jpg                           |
| 27 | IMAGE_00205p(24).jpg                            |
|    | IMAGE_00205p(27).jpg                            |
|    | IMAGE_00205p(28).jpg                            |
|    | IMAGE_00205p(29).jpg                            |
|    | IMAGE_00205p(30).jpg                            |
|    | IMAGE_00205p(31).jpg                            |
| 28 | IMAGE_00243.jpg                                 |
|    | IMAGE_00245.jpg                                 |
| 29 | IMAGE_00252.jpg                                 |
|    | IMAGE_00253.jpg                                 |
|    | IMAGE_00254.jpg                                 |
| 30 | IMAGE_00268r(2).jpg                             |
| 31 | IMAGE_00265.jpg                                 |
|    | IMAGE_00266.jpg                                 |
| 32 | IMAGE_00273.jpg                                 |

|    |    |
|----|----|
|    | IMAGE_00274.jpg<br>IMAGE_00277.jpg<br>IMAGE_00278.jpg<br>IMAGE_00279.jpg<br>IMAGE_00280.jpg<br>IMAGE_00284.jpg<br>IMAGE_00285.jpg<br>IMAGE_00289.jpg<br>IMAGE_00290.jpg<br>IMAGE_00293.jpg<br>IMAGE_00295.jpg<br>IMAGE_00296.jpg |
| 33 | IMAGE_00280pg.jpg<br>IMAGE_00280pg(1).jpg<br>IMAGE_00280pg(2).jpg<br>IMAGE_00280pg(3).jpg<br>IMAGE_00280pg(4).jpg<br>IMAGE_00280pg(5).jpg |
| 34 | IMAGE_00287j(1).jpg<br>IMAGE_00287j(2).jpg<br>IMAGE_00287j(3).jpg<br>IMAGE_00287j(6).jpg<br>IMAGE_00287j(7).jpg<br>IMAGE_00287j(8).jpg<br>IMAGE_00287j(10).jpg<br>IMAGE_00287j(12).jpg<br>IMAGE_00287j(13).jpg<br>IMAGE_00287j(14).jpg<br>IMAGE_00287j(16).jpg<br>IMAGE_00287j(17).jpg |
| 35 | IMAGE_00317.jpg<br>IMAGE_00318.jpg<br>IMAGE_00319.jpg |
| 36 | IMAGE_00287j.jpg<br>IMAGE_00287j(18).jpg<br>IMAGE_00287j(21).jpg<br>IMAGE_00320.jpg<br>IMAGE_00321.jpg |

| 37 | Toddler abuse HC.mpg |
|---|---|
| | 1176692959210.jpg |
| | 1176693023726.jpg |
| | 1176693023726eqwe.jpg |
| | 1176693092845.jpg |
| | 1191782757129.jpg |
| | Vicky - vibrator-04.JPG |
| | vicky 10(1)(1).jpg |
| | babys 4yo TODDLER preteen rape-child.jpg |
| | sm00152.jpg |
| | Allison.jpg |
| | 1273267287771.jpg |
| | 227.jgg |
| | 09-09-09_03-58pm a.jpg |
| | 09-09-09_03-58pm b.jpg |
| | 09-09-09_03-59pm.jpg |
| | 09-09-16_04-02pm.jpg |
| | 14352667lg.jpeg |
| | 14352740lg.jpeg |
| | 14352781lg.jpeg |
| | katya001.jpg |
| | katya052.jpg |
| | katya053.jpg |
| | Picture 014 |
| | Picture 017 |
| | Picture 018 |
| | Picture 021 |
| | ##001g.jpg |
| | ##001h.jpg |
| | ##001j.jpg |
| | 1186357803541.jpg |
| | 1186358194129.jpg |
| | 1186358848195.jpg |
| | a79544_3120_wvcjz.jpg |
| | a79544_3105_otkwe.jpg |
| | 1180325529548.jpg |
| | 1194649561187.jpg |
| | 1246932036093.jpg |
| | 1255317177863.jpg |
| | Private Daughter Mellony stolen  pedo lolita pthc hussyfan preteen nude (10yo) 02.jpg |
| | Private Daughter Mellony stolen  pedo lolita pthc hussyfan preteen nude (10yo) 03.jpg |
| | Private Daughter Mellony stolen  pedo lolita pthc hussyfan preteen nude (10yo) 04.jpg |
| | Private Daughter Mellony stolen  pedo lolita pthc |

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: <u>s/Steve DeBrota</u>
Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125

<u>s/A. Brant Cook</u>
A. Brant Cook
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

William Marsh
Counsel for Defendant
Indiana Federal Community Defenders
bill.marsh@fd.org

By:     s/Steve DeBrota
         Steven D. DeBrota